**E-filed 12/8/06**



# Severson & Werson
### A Professional Corporation

RhondaL.Nelson
AttorneyatLaw
DirectLine:(415)677-5502
rln@severson.com

OneEmbarcaderoCenter,Suite2600
SanFrancisco,CA94111
Telephone:(415)398-3344
Facsimile:(415)956-0439

November29,2006

TheHonorableJeremyFogel
DistrictJudge
U.S.DistrictCourt-NorthernDistrictof
California
280S.1stStreet,#2112
SanJose,CA95113-3008

Re: *Dodd-Owens,etal.v.KyphonInc.*
CaseNo.CV0603988JF

DearJudgeFogel:

ThepartieshaveagreedtocontinuetheCaseManagementConferencefromJanuary26, 2007toFebruary2,2007,thesamedateasthehearingonKyphon'smotionstostrikeand dismiss.

Respectfullysubmitted,

SEVERSON&WERSON,APC

By:/s/RhondaL.Nelson

RLN:va

cc: DavidSanford,Esq.
StefanieRoemer,Esq.

12/8/06        IT IS SO ORDERED.

Judge Jeremy Fogel, US District Court