**E-Filed 2/9/07**

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SAFRONIA DODD-OWENS, et al., | Case Number C 06-3988 JF (HRL) |
| Plaintiffs, | ORDER[1] RE ORDER GRANTING MOTIONS TO DISMISS AND TO STRIKE WITH LEAVE TO AMEND |
| v. | |
| KYPHON, INC., | [re: docket no. 37] |
| Defendant. | |

On February 5, 2007, the Court granted Defendant Kyphon, Inc.'s motions to dismiss and to strike with leave to amend.  Plaintiffs shall file any amended complaint on or before March 7, 2007.

IT IS SO ORDERED.

DATED: February 9, 2007.

_____
JEREMY FOGEL
United States District Judge

---

[1]  This disposition is not designated for publication and may not be cited.

Case No. C 06-3988 JF (HRL)
ORDER RE ORDER GRANTING MOTIONS TO DISMISS AND TO STRIKE WITH LEAVE TO AMEND
(JFLC1)

1   This Order was served on the following persons:

2   Frederick J. Geonetta          landglawyers@msn.com,

3   Harold R. Jones                hrj@severson.com, ano@severson.com

4   Thomas Marc Litton             tmlitton@compuserve.com,

5   Rhonda L. Nelson               rln@severson.com,

6   David W. Sanford               dsanford@nydclaw.com, fgilbert@nydclaw.com

7   Steven Lance Wittels           swittels@nydclaw.com, sprasad@nydclaw.com

8   Notice will be delivered by other means to:

9   Shayna Bloom
    Sanford Wittels & Heisler LLP
10  Suite 310
    1666 Connecticut Avenue NW
11  Washington, DC 20009

12  Angela Corridan
    Sanford Wittels & Heisler LLP
13  1666 Connecticut Avenue NW
    Suite 310
14  Washington, DC 20009

15  Laura Fentonmiller
    Sanford Wittels & Heisler LLP
16  1666 Connecticut Avenue, NW
    Suite 310
17  Washington, DC 20009

18  Jeremy Heisler
    Sanford Wittels & Heisler
19  950 Third Avenue
    10th Floor
20  New York, NY 10022

21  Grant Morris
    1666 Connecticut Avenue, N.W.
22  Suite 310
    Washington, DC 20009

23
    Stefanie Roemer
24  1666 Connecticut Avenue, N.W.
    Suite 310
25  Washington, DC 20009

26

27

28

Case No. C 06-3988 JF (HRL)
ORDER RE ORDER GRANTING MOTIONS TO DISMISS AND TO STRIKE WITH LEAVE TO AMEND
(JFLC1)