**E-filed 5/18/07**

1  David Sanford, D.C. Bar No. 457933
   Stefanie Roemer, D.C. Bar No. 464450
2  Angela Corridan, D.C. Bar No. 492978
3  Shayna Bloom, MD Bar
   **SANFORD, WITTELS & HEISLER, LLP**
4  1666 Connecticut Avenue, N.W.
   Suite 310
5  Washington, D.C. 20009
   Telephone: (202) 742-7780
6  Facsimile: (202) 742-7776

7
   Steven Wittels, (SLW-8110)
8  Jeremy Heisler, (JH-0145)
   **SANFORD, WITTELS & HEISLER, LLP**
9  950 Third Avenue
   10th Floor
10 New York, NY 10022
11 Telephone: (646) 723-2947
   Facsimile: (646) 723-2948
12
   Grant Morris, D.C. Bar No. 926253
13 **LAW OFFICES OF GRANT E. MORRIS**
   1666 Connecticut Avenue, N.W.
14 Suite 310
15 Washington, D.C. 20009
   Telephone: (202) 742-7783
16 Facsimile: (202) 742-7776

17 Thomas Marc Litton, California Bar No. 119985
   Frederick J. Geonetta, California Bar No. 114824
18 **LITTON & GEONETTA, LLP**
19 120 Montgomery Street
   Suite 1600
20 San Francisco, CA 94104
   Telephone: (415) 421-4770
21 Facsimile: (415) 421-4784

22 Class Counsel for Plaintiffs

23
24              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
25                     **SAN JOSE DIVISION**

26 | SAFRONIA DODD-OWENS, NATALIE | )
   | AMAYA, TERA BYRER, TIFFANY | )
27 | SOCHA, TERI CARR, and | )
   | ELIZABETH "LISA" GLUS, | )
28 | | ) Case No. CV 06 03988 - JF

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE REPLY TO DEFENDANT'S
OPPOSITION TO MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT OUT OF TIME
Case No. CV 06 03988 JF

| | |
|---|---|
| Individually and on Behalf of All Others Similarly Situated, | STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE REPLY BRIEF |
| PLAINTIFFS, | |
| v. | DEMAND FOR JURY TRIAL |
| KYPHON INC., | |
| DEFENDANT. | Hearing Dates: May 25, 2007<br>Time: 9:00 a.m.<br>Judge: Judge Jeremy Fogel |
| | Complaint Date: June 27, 2006<br>Trial Date: None Assigned |

### STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO FILE REPLY TO DEFENDANT'S OPPOSITION TO MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT OUT OF TIME

It is hereby stipulated and agreed, by and through undersigned counsel in the above-captioned action, that:

WHEREAS, Plaintiffs filed their Motion for Leave to File their Second Amended Complaint Out of Time in the United States District Court for the Northern District of California on April 20, 2007.

WHEREAS, pursuant to Civil Local Rule 7-3(c), Plaintiffs' Reply to Defendant's Opposition to their Motion for Leave is currently due to be filed on or before May 11, 2005.

WHEREAS, Plaintiffs' counsel are unable to submit the Reply Brief in this span of time due to time conflicts, as set forth in the attached declaration of Plaintiffs' counsel.

WHEREAS, Plaintiffs' counsel has conferred with Defendant's counsel, Rhonda L. Nelson, and she has agreed to extend the time for Plaintiffs to file their Reply Brief until May 18, 2006, given the aforementioned time conflicts.

The parties therefore agree to extend the last day for Plaintiffs to file their Reply Brief to May 18, 2007.

**THEREFORE, THE PARTIES HEREBY STIPULATE THAT:**

The deadline for Plaintiffs to file their Reply to Defendant's Opposition to Plaintiffs Motion to File Their Second Amended Complaint Out of Time shall be extended to May 18, 2007.

Dated: May 10, 2007

SEVERSON & WERSON

By _____
Rhonda L. Nelson
Attorneys for Defendant

Dated: May 10, 2007

SANFORD, WITTELS & HEISLER, LLP

By _____
David Sanford
Attorneys for Plaintiffs

---

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE REPLY TO DEFENDANT'S OPPOSITION TO MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT OUT OF TIME
Case No. CV 06 03988 JF

Upon consideration of the foregoing, the time for Plaintiffs to file their Reply to Defendant's Opposition to the Motion for Leave to File the Second Amended Complaint Out of Time will be extended until May 18, 2007.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __5/18/07__   _____
　　　　　　　　　　　　　　　　The Honorable Jeremy Fogel
　　　　　　　　　　　　　　　　United States District Judge

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE REPLY TO DEFENDANT'S OPPOSITION TO MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT OUT OF TIME**
**Case No. CV 06 03988 JF**

# CERTIFICATE OF SERVICE

I, the undersigned, declare as follows: I am employed at the Law Firm of Sanford, Wittels & Heisler, District of Columbia; I am over the age of eighteen years and not a party to the within entitled action; my business address is 1666 Connecticut Avenue, N.W., Suite 310.

I hereby certify that on May 10, 2007, the foregoing STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO FILE REPLY TO DEFENDANT'S OPPOSITION TO MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT OUT OF TIME and DECLARATION OF DAVID SANFORD were filed electronically. Notice of filing will be sent to the following party by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

RHONDA L. NELSON (CA State Bar No. 116043)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
rln@severson.com

On the date indicated below, I caused to be served the foregoing document on the attorney(s) or offices named below, and addressed as follows:

JOHN B. SULLIVAN (CA State Bar No. 96742)
MICHAEL B. MURPHY (CA State Bar No. 123849)
RHONDA L. NELSON (CA State Bar No. 116043)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
jbs@severson.com
mbm@severson.com
rln@severson.com

JOHN R. SHUMAN, JR. (CA State Bar No. 100236)
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303
Telephone: (650) 833-2000
Facsimile: (650) 833-2001
bob.shuman@dlapiper.com

1

2   LUANNE SACKS (State Bar No. 120811)
    DLA PIPER US LLP
3   153 Townsend Street, Suite 800
4   San Francisco, California 94107
    Telephone: (415) 836-2500
5   Facsimile: (415) 836-2501
6   luanne.sacks@dlapiper.com

7    (X)  BY ELECTRONIC MAIL: I caused said document(s) to be delivered to the electronic
     addresses identified above.
8
9        I declare under penalty of perjury under the laws of the United States that the foregoing is
     true and correct.
10
11  Executed on May 10, 2007.

12                                                          /s/ Meenoo Chahbazi
                                                            Meenoo Chahbazi
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
    **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE REPLY TO DEFENDANT'S
    OPPOSITION TO MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT OUT OF TIME**
    Case No. CV 06 03988 JF

1

2   LUANNE SACKS (State Bar No. 120811)
    DLA PIPER US LLP
3   153 Townsend Street, Suite 800
4   San Francisco, California 94107
    Telephone: (415) 836-2500
5   Facsimile: (415) 836-2501
6   luanne.sacks@dlapiper.com

7    (X)  BY ELECTRONIC MAIL: I caused said document(s) to be delivered to the electronic
     addresses identified above.
8

9        I declare under penalty of perjury under the laws of the United States that the foregoing is
     true and correct.
10

11  Executed on May 10, 2007.

12                                                          /s/ Meenoo Chahbazi
                                                            Meenoo Chahbazi
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE REPLY TO DEFENDANT'S OPPOSITION TO MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT OUT OF TIME**
Case No. CV 06 03988 JF