*E-FILED: 9.28.2007*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAFRONIA DODD-OWENS, et al., | No. C06-03988 JF (HRL) |
| Plaintiffs, | **ORDER DENYING WITHOUT PREJUDICE PLAINTIFFS' MOTION FOR PROTECTIVE ORDER** |
| v. | |
| KYPHON, INC., | **[Re: Docket No. 87]** |
| Defendant. | |

On September 14, 2007, plaintiffs filed a motion for protective order. Although the title of the filed document indicates that it is a "[Proposed] Stipulated Protective Order," plaintiffs note that the document was actually being submitted only "on their own behalf because Defendant has not responded to Plaintiffs' proposed changes." (*See* Mot. at 1, n.1). Plaintiffs do not say precisely what provisions are disputed. Nor do they explain why the court should adopt their proposed form of order. Moreover, there is no indication that the parties have engaged in good faith meet-and-confer negotiations to resolve the disputed issues (whatever those might be). Indeed, plaintiff's motion indicates that the parties' meet-and-confer efforts are not yet complete. Accordingly,

IT IS ORDERED THAT plaintiff's motion for protective order is denied without prejudice. The parties are directed to meet-and-confer in good faith to resolve any disputes before seeking judicial intervention. If they are still unable to resolve those disagreements, any

party may seek relief from the court by filing an appropriately noticed motion in accordance with the court's Civil Local Rules.

Dated:    September 28, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:06-cv-3988 Notice electronically mailed to:**

Harold R. Jones hrj@severson.com, ano@severson.com

Thomas Marc Litton tmlitton@compuserve.com

Emily L. Maxwell , Esq emaxwell@graycary.com

Rhonda Louise Nelson rln@severson.com, vja@severson.com

Carter Winford Ott carter.ott@dlapiper.com, joanne.leon@dlapiper.com

Stefanie F Roemer sroemer@nydclaw.com, fgilbert@nydclaw.com

Luanne R. Sacks luanne.sacks@dlapiper.com, kathleen.fischer@dlapiper.com

David W. Sanford dsanford@nydclaw.com, csetubal@nydclaw.com, fgilbert@nydclaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.