# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| **SAFRONIA DODD-OWENS, et al.,** ) <br> **PLANTIFFS,** ) <br> v. ) <br> **KYPHON INC.,** ) <br> **DEFENDANT.** ) <br> ) <br> ) | **CASE NO. CV 06 03988 JF** |

### ~~PROPOSED~~ ORDER

Upon consideration of Plaintiffs' Motion for Leave to Appear Telephonically it is so **ORDERED** that Plaintiffs' Motion for Leave to Appear Telephonically is **GRANTED**.

Dated: December 13, 2007

_____
United States District Judge Jeremy Fogel

Case No. CV 06 03988 JF