**E-filed 3/14/08**

JOHN B. SULLIVAN (CA State Bar No. 96742)
MICHAEL B. MURPHY (CA State Bar No. 123849)
RHONDA L. NELSON (CA State Bar No. 116043)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
jbs@severson.com
mbm@severson.com
rln@severson.com

JOHN R. SHUMAN, JR. (State Bar No. 100236)
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, California 94303
Telephone: (650) 833-2000
Facsimile: (650) 833-2001
bob.shuman@dlapiper.com

LUANNE SACKS (State Bar No. 120811)
DLA PIPER US LLP
153 Townsend Street, Suite 800
San Francisco, California 94107
Telephone: (415) 836-2500
Facsimile: (415) 836-2501
luanne.sacks@dlapiper.com

Attorneys for Defendant KYPHON INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAFRONIA DODD-OWENS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KYPHON INC., <br><br> Defendant. | CASE NO. CV06 03988 JF <br><br> **[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO ANSWER THIRD AMENDED COMPLAINT** <br><br> Judge: Hon. Jeremy Fogel <br><br> Complaint Date: June 27, 2006 <br> Trial Date: None Assigned |

-1-

Pursuant to the stipulation of the parties, the Court hereby orders that defendant Kyphon Inc. shall have until March 17, 2008, to answer to Plaintiffs' Third Amended Complaint.

DATED: 3/14/ ,2008

_____
HONORABLE JEREMY FOGEL
Judge - United States District Court