**E-filed 5/2/08**

JOHN B. SULLIVAN (State Bar No. 96742)
JAN T. CHILTON (State Bar No. 47582)
RHONDA L. NELSON (State Bar No. 116043)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
jbs@severson.com
jtc@severson.com
rln@severson.com

JOHN R. SHUMAN, JR. (State Bar No. 100236)
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, California 94303
Telephone: (650) 833-2000
Facsimile: (650) 833-2001
bob.shuman@dlapiper.com

LUANNE SACKS (State Bar No. 120811)
DLA PIPER US LLP
153 Townsend Street, Suite 800
San Francisco, California 94107
Telephone: (415) 836-2500
Facsimile: (415) 836-2501
luanne.sacks@dlapiper.com

Attorneys for Defendant
Kyphon Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAFRONIA DODD-OWENS, et al., etc.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>KYPHON INC.,<br><br>　　　　　　　Defendant. | CASE NO. CV 06 03988 JF<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DATE OF CASE MANAGEMENT CONFERENCE**<br><br>Complaint Date: June 27, 2006<br>Trial Date: None Assigned |

///

## STIPULATION

WHEREAS, the next case management conference in this matter has been scheduled for June 13, 2008, pursuant to Judge Fogel's March 14, 2008 Case Management Conference Civil Minutes;

WHEREAS, at the March 14, 2008 Case Management Conference, the parties notified Judge Fogel that there was a dispute over the permissible scope of discovery in this action;

WHEREAS, at the March 14, 2008 Case Management Conference, Judge Fogel referred the parties' discovery dispute to Magistrate Judge Lloyd and ordered Defendant Kyphon Inc. ("Kyphon") to move for a protective order;

WHEREAS, Magistrate Judge Lloyd will hear Kyphon's motion for a protective order on June 17, 2008;

WHEREAS, the parties' discovery dispute will not be resolved prior to the next Case Management Conference on June 13, 2008;

WHEREAS, Judge Fogel will not be able to set a discovery schedule in this matter until the parties' discovery dispute is resolved;

WHEREAS, Local Rule 16-2 (e) permits parties to seek relief from the Court's case management schedule by stipulating to change the date of any case management conference;

THEREFORE, the parties, through their counsel of record, hereby STIPULATE to reschedule the next Case Management Conference, currently set for June 13, 2008, to July 18, 2008.

1  IT IS SO STIPULATED.

2  DATED: April 30, 2008            SANFORD WITTELS & HEISLER, LLP
                                    LAW OFFICES OF GRANT E. MORRIS
3                                   LITTON & GEONETTA, LLP

4

5
                                    By:_____/s/ David Sanford_____
6                                              David Sanford

7  Attorneys for Plaintiffs

8

9

10 DATED: April 30, 2008            DLA PIPER US LLP

11                                  SEVERSON & WERSON
                                    A Professional Corporation
12

13
                                    By:_____/s/ Rhonda L. Nelson_____
14                                             Rhonda L. Nelson

15 Attorneys for Defendant

16

17

18                                  **ORDER**

19
   PURSUANT TO STIPULATION, IT IS SO ORDERED.
20

21

22
   Dated:____5/2/_____, 2008    By: _____[signature]_____
23                                      Hon. Jeremy Fogel
                                        U.S. District Court Judge
24

25

26

27

28
                                      - 3 -
   11618/0002/668680.1               Stipulation to Continue the Date of the Case Management
                                                                              Conference
                                                                   Case No. CV 06 03988 JF