JOHN B. SULLIVAN (State Bar No. 96742)
JAN T. CHILTON (State Bar No. 47582)
RHONDA L. NELSON (State Bar No. 116043)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439
jbs@severson.com
jtc@severson.com
rln@severson.com

JOHN R. SHUMAN, JR. (State Bar No. 100236)
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, California 94303
Telephone: (650) 833-2000
Facsimile: (650) 833-2001
bob.shuman@dlapiper.com

LUANNE SACKS (State Bar No. 120811)
DLA PIPER US LLP
153 Townsend Street, Suite 800
San Francisco, California 94107
Telephone: (415) 836-2500
Facsimile: (415) 836-2501
luanne.sacks@dlapiper.com

Attorneys for Defendant
Kyphon Inc.

**\*ORDER E-FILED 5/19/2008\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAFRONIA DODD-OWENS, et al., etc., <br><br> Plaintiffs, <br><br> v. <br><br> KYPHON INC., <br><br> Defendant. | CASE NO.  CV 06 03988 JF <br><br> **STIPULATION AND [PROPOSED] ORDER SHORTENING TIME TO NOTICE DEFENDANT'S MOTION FOR PROTECTIVE ORDER AND MODIFYING BRIEFING SCHEDULE THEREON** <br><br> Complaint Date:  June 27, 2006 <br> Trial Date:  None Assigned <br><br> **MODIFIED BY THE COURT** |

///

11618/0002/671513.1

Stipulation and [Proposed] Order Shortening Time to Notice
Defendant's Motion for Protective Order and Modifying Briefing
Schedule Thereon
Case No. CV 06 03988 JF

## **STIPULATION**

WHEREAS, Defendant Kyphon Inc. ("Defendant") intends to file a motion for protective order in this matter;

WHEREAS, Plaintiffs Safronia Dodd-Owens, Natalie Amaya, Tera Byrer, Tiffany Socha, Teri Carr, Elizabeth "Lisa" Glus and Christy Wronikowski (collectively referred to hereafter as "Plaintiffs") and Defendant mutually selected June 17, 2008 as the hearing date for Defendant's motion for protective order;

WHEREAS, under Civil L.R. 7-2 (a), a motion must be filed and served at least thirty-five (35) days prior to hearing date on that motion;

WHEREAS, under Civil L.R. 7-2 (a), May 13, 2008 was the deadline for Defendant to file and serve its motion for protective order in order to have that motion heard on June 17, 2008;

WHEREAS, Philip J. Smith, counsel for Defendant, is responsible for filing Defendant's motion for protective order;

WHEREAS, due to a mistake for which Mr. Smith is solely responsible, Defendant's motion for protective order was not filed on May 13, 2008;

WHEREAS, Plaintiffs and Defendant (collectively referred to hereafter as "the Parties") still desire to have Defendant's motion for protective order heard on June 17, 2008;

WHEREAS, under Civil L.R. 6-2 (a) the Parties may stipulate, *inter alia*, to accelerate time frames set in the Local Rules;

- 2 -

11618/0002/671513.1

Stipulation and [Proposed] Order Shortening Time to Notice
Defendant's Motion for Protective Order and Modifying Briefing
Schedule Thereon
Case No. CV 06 03988 JF

1  THEREFORE, the Parties, through their counsel of record, hereby STIPULATE that

2  Defendant may file and serve its motion for protective order on or before May 19, 2008, which is

3  twenty-nine (29) days prior to June 17, 2008;

4

5  THEREFORE, the Parties, through their counsel of record, further STIPULATE that

6  Plaintiffs' opposition to Defendant's motion for protective order must be filed and served on or

7  before June 2, 2008, which is fifteen (15) days prior to June 17, 2008;

8

9  THEREFORE, the Parties, through their counsel of record, further STIPULATE that

   Defendant's reply brief must be filed and served on or before June 9, 2008, which is eight (8)
10
   days prior to June 17, 2008.
11

12  IT IS SO STIPULATED.

13  DATED: May 16, 2008                    SANFORD WITTELS & HEISLER, LLP
                                           LAW OFFICES OF GRANT E. MORRIS
14                                         LITTON & GEONETTA, LLP
15

16
                                           By:         /s/ David Sanford
17                                                       David Sanford

18                                         Attorneys for Plaintiffs

19

20

21  DATED: May 16, 2008                    DLA PIPER US LLP

22                                         SEVERSON & WERSON
                                           A Professional Corporation
23

24
                                           By:         /s/ Philip J. Smith
25                                                       Philip J. Smith

26                                         Attorneys for Defendant

27

                                           - 3 -
28  11618/0002/671513.1                    Stipulation and [Proposed] Order Shortening Time to Notice
                                           Defendant's Motion for Protective Order and Modifying Briefing
                                           Schedule Thereon
                                           Case No. CV 06 03988 JF

**ORDER**

~~PURSUANT TO STIPULATION, IT IS SO ORDERED.~~

~~Dated: _____, 2008      By: _____~~
~~                                        Hon. Howard R. Lloyd~~
~~                                        U.S. District Court Magistrate Judge~~

The court does not find defense counsel's negligence to be "good cause" for an order shortening time. Nevertheless, the parties' request for a June 17, 2008 motion hearing is granted. The briefing schedule shall be as follows:

      **May 19, 2008**:    Defendant's motion for protective order due

      **May 30, 2008**:    Plaintiffs' opposition due

      **June 3, 2008**:    Defendant's reply due

Dated: May 19, 2008

*[Seal: UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Howard R. Lloyd]*