| | |
|---|---|
| 1  JOHN B. SULLIVAN (State Bar No. 96742)<br>   JAN T. CHILTON (State Bar No. 47582)<br>2  RHONDA L. NELSON (State Bar No. 116043)<br>   SEVERSON & WERSON<br>3  A Professional Corporation<br>   One Embarcadero Center, Suite 2600<br>4  San Francisco, CA  94111<br>   Telephone:  (415) 398-3344<br>5  Facsimile:  (415) 956-0439<br>   jbs@severson.com<br>6  jtc@severson.com<br>   rln@severson.com | *ORDER E-FILED 6/11/2008* |

7

8  JOHN R. SHUMAN, JR. (State Bar No. 100236)
   DLA PIPER US LLP
9  2000 University Avenue
   East Palo Alto, California 94303
10 Telephone:  (650) 833-2000
   Facsimile:  (650) 833-2001
   bob.shuman@dlapiper.com

11

12 LUANNE SACKS (State Bar No. 120811)
   DLA PIPER US LLP
13 153 Townsend Street, Suite 800
   San Francisco, California 94107
14 Telephone:  (415) 836-2500
   Facsimile:  (415) 836-2501
   Luanne.sacks@dlapiper.com

15

16 Attorneys for Defendant
   KYPHON INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAFRONIA DODD-OWENS, et al., etc., ,<br><br>           Plaintiffs,<br><br>    vs.<br><br>KYPHON INC.,<br><br>           Defendant. | Case No.:  CV 06 03988 JF<br><br>**DEFENDANT'S REQUEST AND [PROPOSED] ORDER REGARDING CLIENT'S TELEPHONIC ATTENDANCE AT THE JUNE 17, 2008 HEARING**<br><br>Hearing Date:  June 17, 2008<br>Time:          10:00 a.m.<br>Judge:         Magistrate Judge Lloyd |

---

11618/0002/674780.1                                Defendant's Request And [Proposed] Order Regarding
                                                   Client's Telephonic Attendance Hearing
                                                   Case No.:  CV 06 03988 JF

Defendant Kyphon Inc. ("Defendant") respectfully requests that Deborah Hilke, Kyphon Inc.'s client, be permitted to attend the June 17, 2008 hearing on Defendant's Motion for Protective Order. Defendant's request is made on the following grounds:

1. Ms. Hilke resides in Minneapolis, Minnesota;

2. Ms. Hilke will not participate in the hearing itself but simply seeks to listen to the proceedings via telephone; and

3. Plaintiffs have consented to, and will not oppose, this request.

DATED: June 9, 2008

SEVERSON & WERSON
A Professional Corporation

By: _____/s/ *Rhonda L. Nelson*_____
            Rhonda L. Nelson

Attorneys for Defendant
KYPHON INC.

**ORDER**

PURSUANT TO DEFENDANT'S UNOPPOSED REQUEST, IT IS SO ORDERED that Defendant's client, Deborah Hilke, may telephonically attend the June 17, 2008, hearing on Defendant's Motion for Protective Order.  **However, plaintiffs' out-of-state counsel have already been given leave to appear at the hearing by phone; and, the parties are advised that, due to certain limitations on the courtroom's phone system, the court can only accommodate one call at a time. Accordingly, if Ms. Hilke wishes to listen to the proceedings by phone, she and plaintiffs' counsel will need to make arrangements to jointly dial-in to the court at 408-535-5205 at the time appointed for the hearing.**

Dated:  June 11, 2008



IT IS SO ORDERED

Judge Howard R. Lloyd

11618/0002/674780.1

Defendant's Request And [Proposed] Order Regarding Client's Telephonic Attendance Hearing
Case No.:  CV 06 03988 JF