\*\*E-filed 7/24/08\*\*

David Sanford, D.C. Bar No. 457933*
Stefanie Roemer, D.C. Bar No. 464450*
**SANFORD, WITTELS & HEISLER, LLP**
1666 Connecticut Avenue, N.W.
Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7780
Facsimile: (202) 742-7776
*Admitted *Pro Hac Vice*

Grant Morris, D.C. Bar No. 926253*
**LAW OFFICES OF GRANT E. MORRIS**
1666 Connecticut Avenue, N.W.
Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7783
Facsimile: (202) 742-7776
*Admitted *Pro Hac Vice*

Thomas Marc Litton, California Bar No. 119985
**LITTON & GEONETTA, LLP**
120 Montgomery Street
Suite 1600
San Francisco, CA 94104
Telephone: (415) 421-4770
Facsimile: (415) 421-4784

Class Counsel for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| SAFRONIA DODD-OWENS, NATALIE AMAYA, TERA BYRER, TIFFANY SOCHA, TERI CARR, ELIZABETH "LISA" GLUS and CHRISTY WRONIKOWSKI<br><br>Individually and on Behalf of All Others Similarly Situated,<br><br>PLAINTIFFS,<br><br>v.<br><br>KYPHON INC.,<br>DEFENDANT. | Case No. CV 06 03988 - JF<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING DATE OF CASE MANAGEMENT CONFERENCE<br><br>Complaint Date: November 13, 2007<br>Trial Date:    None Assigned |

## STIPULATION

WHEREAS, the next Case Management Conference ("CMC") in this matter has been scheduled for Friday, July 18, 2008;

WHEREAS, Defendant Kyphon filed a motion for protective order, wherein it objected to the scope of Plaintiffs' discovery requests;

WHEREAS, Magistrate Judge Lloyd heard argument in Defendant's Motion for Protective Order on Tuesday, June 17, 2008;

WHEREAS, the parties are still awaiting Judge Lloyd's ruling on Defendant's Motion for Protective Order;

WHEREAS, discovery cannot proceed until Judge Lloyd issues his ruling;

WHEREAS, Local Rule 16-2 (e) permits parties to seek relief from the Court's Case Management Schedule by stipulating to change the date of any CMC;

WHEREAS, on Monday, July 14, 2008, counsel for Plaintiffs contacted the Court's courtroom clerk, Diana Munz, who has temporarily rescheduled the CMC for Friday, September 19 2008;

WHEREAS, counsel for both parties have scheduling conflicts that will prevent them from appearing in this case that day;

. THEREFORE, the parties, through their counsel of record, hereby STIPULATE to reschedule the next CMC, currently set for Friday, July 18, 2008, to Friday, September 26, 2008.

IT IS SO STIPULATED.

Dated: July 16, 2008

SANFORD, WITTELS & HEISLER, LLP
LAW OFFICES OF GRANT E. MORRIS
LITTON & GEONETTA, LLP

By _____
David W. Sanford
Attorneys for Plaintiffs

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE DATE OF THE CASE MANAGEMENT CONFERENCE
Case No. CV 06 03988 JF

Dated: July 16, 2008

SEVERSON & WERSON

By _____
Rhonda L. Nelson
Attorneys for Defendant

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE DATE OF THE CASE MANAGEMENT CONFERENCE
Case No. CV 06 03988 JF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SAFRONIA DODD-OWENS, NATALIE AMAYA, TERA BYRER, TIFFANY SOCHA, TERI CARR, ELIZABETH "LISA" GLUS and CHRISTY WRONIKOWSKI<br><br>Individually and on Behalf of All Others Similarly Situated,<br><br>PLAINTIFFS,<br><br>v.<br><br>KYPHON INC.,<br>DEFENDANT. | Case No. CV 06 03988 - JF<br><br>[PROPOSED] ORDER CONTINUING DATE OF CASE MANAGEMENT CONFERENCE<br><br>Complaint Date: November 13, 2007<br>Trial Date:      None Assigned |

### ORDER

Upon consideration of the foregoing, the CMC will be rescheduled for Friday, September 26, 2008.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __7/24/08__

_____
The Honorable Jeremy Fogel
United States District Judge

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE DATE OF THE CASE MANAGEMENT CONFERENCE
Case No. CV 06 03988 JF