**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

\*\*E-Filed 10/24/08\*\*

| | |
|---|---|
| **SAFRONIA DODD-OWENS, et al.,** **PLANTIFFS,** v. **KYPHON INC.,** **DEFENDANT.** | **CASE NO. CV 06 03988 JF** |

## PROPOSED ORDER

Upon consideration of Plaintiffs' Motion to Continue Date of Case Management Conference it is so **ORDERED** that Plaintiffs' Motion to Continue Date of Case Management Conference is **GRANTED**. The CMC will be rescheduled for Friday, November 14, 2008.

Dated: October 24, 2008

_____
United States District Judge Jeremy Fogel