1 David Sanford (D.C. Bar No. 457933)
Stefanie Roemer (D.C. Bar. No. 464450)
2 **SANFORD, WITTELS & HEISLER, LLP**
1666 Connecticut Avenue, N.W., Suite 310
3 Washington, D.C. 20009
Telephone: (202) 742-7780
4 Facsimile: (202) 742-7776
5 dsanford@nydclaw.com

6 Steven Wittels, (SLW-8110)
Jeremy Heisler, (JH-0145)
**SANFORD, WITTELS & HEISLER, LLP**
7 950 Third Avenue
New York, NY 10022
8 Telephone: (646) 723-2947
Facsimile: (646) 723-2948
9

Grant Morris, D.C. Bar No. 926253
10 **LAW OFFICES OF GRANT E. MORRIS**
1666 Connecticut Avenue, N.W.
11 Washington, D.C. 20009
Telephone: (202) 742-7783
12 Facsimile: (202) 742-7776

13 Thomas Marc Litton, California Bar No. 119985
Frederick J. Geonetta, California Bar No. 114824
14 **LITTON & GEONETTA, LLP**
120 Montgomery Street
15 San Francisco, CA 94104
Telephone: (415) 421-4770
16 Facsimile: (415) 421-4784
17 *Attorneys for Plaintiffs*

18 RHONDA L. NELSON (CA State Bar No. 116043)
HAROLD R. JONES
19 **SERVESON & WERSON**
A Professional Corporation
20 One Embarcadero Center, Suite 2600
San Francisco, CA 94111
21 Telephone: (415) 398-3344
Facsimile: (415) 956-0439
22 rln@severson.com

23
LUANNE R. SACKS (State Bar No. 120811)
24 CARTER WINFORD OTT
**DLA PIPER US LLP**
25 153 Townsend Street, Suite 800
San Francisco, California 94107
26 Telephone: (415) 836-2500
Facsimile: (415) 836-2501
27 luanne.sacks@dlapiper.com
28 *Attorneys for Defendant Kyphon, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| SAFRONIA DODD-OWENS, et al., | CASE NO.  CV 06 03988 JF |
| Plaintiffs, | **NOTICE AND STIPULATION OF DISMISSAL OF PLAINTIFF NATALIE AMAYA'S CLAIMS AND [PROPOSED]** |
| v. | **ORDER OF DISMISSAL** |
| KYPHON INC., | **Judge:          Hon. Jeremy Fogel** |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties  hereby stipulate and agree to the dismissal of all of Plaintiff Natalie Amaya's claims against Defendant Kyphon, Inc. in this matter. The dismissal of these claims shall be with prejudice.

1.      Ms Amaya is a Named Plaintiff in this putative class action.

2      Ms. Amaya has decided to dismiss all of her claims against Kyphon in this case because she does not want to go through the rigors of litigation.

3.      Ms. Amaya therefore requests that this Court dismiss all of her claims against Kyphon in this action.  *See* Affidavit of Natalie Amaya, attached hereto.

4.      Ms. Amaya understands that this dismissal will be made with prejudice, meaning that she will not have the opportunity to revive these claims.  *Id.*

5.      A class has not yet been certified in this case.

6.      Moreover, each of the other six Plaintiffs is still willing to serve as Class Representatives.

7.      Accordingly, dismissal of Ms. Amaya's  claims will not prejudice any members of any class that is certified by the Court.

WHEREFORE, the Parties respectfully request that this Court enter an Order dismissing all of Plaintiff Natalie Amaya's claims pending in this lawsuit with prejudice.

1

2

DATED:  December 5, 2008

3                                         **SANFORD WITTELS & HEISLER, LLP**
                                          **LAW OFFICES OF GRANT E. MORRIS**
4                                         **LITTON & GEONETTA, LLP**

5
                                          By:  __/s/ Stefanie Roemer_____
6                                                Stefanie Roemer

7                                         Attorneys for Plaintiffs

8

9

10
     DATED: December 5, 2008               **DLA PIPER LLP (US)**
11                                         **SEVERSON & WERSON**

12

13                                        By:  ___/s/ Rhonda Nelson_____
14                                               Rhonda L. Nelson
                                                 Attorneys for Defendant KYPHON INC.
15

16

17                       **[PROPOSED] ORDER**

18          GOOD CAUSE APPEARING to the satisfaction of the court, IT IS HEREBY

19    ORDERED that Plaintiff Natalie Amaya is dismissed from this case, with prejudice.

20    DATED:   12/19/08

21                                        _____
22                                        JEREMY FOGEL
                                          U.S. District Court Judge
23

24

25

26

27

28
                                          NOTICE AND STIPULATION OF DISMISSAL OF PLAINTIFF
                                          NATALIE AMAYA'S CLAIMS AND PROPOSED ORDER

                                          Case No. CV 06 03988 JF

1

**CERTIFICATE OF SERVICE**

2

3

I, the undersigned, declare as follows: I am employed at the Law Firm of Sanford, Wittels & Heisler, District of Columbia;  I am over the age of eighteen years and not a party to the within entitled action; my business address is 1666 Connecticut Avenue, N.W., Suite 310.

4

5

I hereby certify that on December 5, 2008, the foregoing PLAINTIFF NATALIE AMAYA'S NOTICE OF DISMISSAL WITH PREJUDICE was filed electronically.  Notice of filing will be sent to the following party by operation of the Court's electronic filing system.  The parties may access this filing through the Court's system.

6

7

RHONDA L. NELSON (CA State Bar No. 116043)

8

HAROLD R. JONES
SEVERSON & WERSON

9

A Professional Corporation
One Embarcadero Center, Suite 2600

10

San Francisco, CA 94111

11

Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

12

rln@severson.com
hrj@severson.com

13

14

LUANNE R. SACKS (State Bar No. 120811)
CARTER WINFORD OTT

15

EMILY L. MAXWELL
DLA PIPER US LLP

16

153 Townsend Street, Suite 800
San Francisco, California 94107

17

Telephone: (415) 836-2500

18

Facsimile: (415) 836-2501
luanne.sacks@dlapiper.com

19

carter.ott@dlapiper.com
emaxwell@graycary.com

20

21

(X)  BY ELECTRONIC MAIL: I caused said document(s) to be delivered to the electronic addresses identified above.

22

23

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

24

25

Executed on December 5, 2008.

26

___/s/ Kate Gillespie_____
Kate Gillespie

27

28

NOTICE AND STIPULATION OF DISMISSAL OF PLAINTIFF
NATALIE AMAYA'S CLAIMS AND PROPOSED ORDER

Case No. CV 06 03988 JF