JOHN B. SULLIVAN (State Bar No. 96742)
JAN T. CHILTON (State Bar No. 47582)
RHONDA L. NELSON (State Bar No. 116043)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
jbs@severson.com
jtc@severson.com
rln@severson.com

JOHN R. SHUMAN, JR. (State Bar No. 100236)
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, California 94303
Telephone: (650) 833-2000
Facsimile: (650) 833-2001
bob.shuman@dlapiper.com

LUANNE SACKS (State Bar No. 120811)
DLA PIPER LLP (US)
153 Townsend Street, Suite 800
San Francisco, California 94107
Telephone: (415) 836-2500
Facsimile: (415) 836-2501
Luanne.sacks@dlapiper.com

Attorneys for Defendant
KYPHON INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAFRONIA DODD-OWENS, et al., etc., ,<br><br>Plaintiffs,<br><br>vs.<br><br>KYPHON INC.,<br><br>Defendant. | Case No.: CV 06 03988 JF<br><br>**STIPULATION OF DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST KYPHON INC. AND [PROPOSED] ORDER** |

It is hereby stipulated by and between defendant Kyphon Inc. and plaintiffs Safronia

Dodd-Owens, Tera Byrer-Garulay, Tiffany Socha-Luzuriaga, Teri Carr, Elizabeth Glus and

1 | Christy Wronikowski (collectively referred to as "Plaintiffs") that Plaintiffs dismiss all claims
2 | asserted herein against Kyphon Inc., in this matter with prejudice pursuant to Rule 41(a)(1) of the
3 | Federal Rules of Civil Procedure. Each party shall bear their own costs and attorneys' fees.

Dated: March 20, 2009

SEVERSON & WERSON
A Professional Corporation

By: /s/ Rhonda L. Nelson
   Rhonda L. Nelson, Esq.
Attorneys for Defendant
KYPHON INC.

Dated: March 20, 2009

SANFORD, WITTELS & HEISLER, LLP

By: /s/ David W. Sanford
   David W. Sanford, Esq.
Attorneys for Plaintiffs
Safronia Dodd-Owens, Tera Byrer-Garulay, Tiffany Socha-Luzuriaga, Teri Carr, Elizabeth Glus, and Christy Wronikowski

PURSUANT TO THE STIPULATION of counsel, the above-captioned matter is HEREBY ORDERED DISMISSED WITH PREJUDICE.

Dated: __3/23__, 2009

_____
THE HONORABLE JEREMY FOGEL
U.S. District Court Judge, Northern District of California